Case 10-43121   Doc 28   Filed 01/12/12   Entered 01/12/12 12:04:20   Desc Main
Document   Page 1 of 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   GRAY, LASCELLS L           §      Case No. 10-43121
                                    §
                                    §
Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on  / /   in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2012         By:    /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GRAY, LASCELLS L § Case No. 10-43121
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,508.83 |
| and approved disbursements of | $ | 406.23 |
| leaving a balance on hand of [1] | $ | 40,102.60 |

**Balance on hand:**  $ 40,102.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 40,102.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 3,150.35 | 0.00 | 3,150.35 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,552.00 | 0.00 | 1,552.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 2.27 | 0.00 | 2.27 |

Total to be paid for chapter 7 administration expenses:  $ 4,704.62
Remaining balance:  $ 35,397.98

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 35,397.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 35,397.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,831.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 6,181.73 | 0.00 | 6,181.73 |
| 2 | Chase Bank USA, N.A. | 1,854.78 | 0.00 | 1,854.78 |
| 3 | Portfolio Recovery Associates, LLC | 9,204.56 | 0.00 | 9,204.56 |
| 4 | FIA Card Services, NA/Bank of America | 1,590.32 | 0.00 | 1,590.32 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 18,831.39 |
| Remaining balance: | $ | 16,566.59 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 16,566.59 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 16,566.59 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $61.26. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $16,504.99.

UST Form 101-7-NFR (10/1/2010)

Case 10-43121   Doc 28   Filed 01/12/12   Entered 01/12/12 12:04:20   Desc Main
Document    Page 5 of 5

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-43121-JBS
Lascells L Gray                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Jan 30, 2012
                    Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2012.
```
db           +Lascells L Gray,    1142 Fowler Avenue,    Evanston, IL 60202-1023
aty          +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
16189987     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16189989     +Cassandra Walters,    2106 Jackson Avenue,    Evanston, IL 60201-3060
16189990     +Central Loan Admin & R,    425 Phillips Blvd,    Ewing, NJ 08618-1430
16189991     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17235931      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16189993     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16189995     +Collection,    700 Longwater Dr,    Norwell, MA 02061-1796
16189997     +Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16189998      Just Energy,    PO Box 5598,    Chicago, IL 60680-5598
17504714     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,     c/o Beneficial,    POB 41067,
               Norfolk VA 23541)
16190000     +Silver Leaf Resorts,    1221 River Bend Drive,    Suite 120,    Dallas, TX 75247-4911
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16189996     +E-mail/Text: bknotice@erccollections.com Jan 31 2012 04:28:50     Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17538509      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2012 05:02:07
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16189999     +E-mail/Text: bankrup@nicor.com Jan 31 2012 03:02:42      Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16189986      E-mail/PDF: cbp@slfs.com Jan 31 2012 04:53:43      American General Finan,    4752 W Fullerton Ave,
               Chicago, IL 60639
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16189992*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16189994*    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16189988    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2              Date Rcvd: Jan 30, 2012
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2012 at the address(es) listed below:

          Christopher M Brown    on behalf of Creditor   BAC Home Loans Servicing, L.P. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          Eugene  Crane    on behalf of Trustee Eugene Crane ecrane@craneheyman.com, mjoberhausen@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com, il41@ecfcbis.com;mjoberhausen@craneheyman.com;gheyman@craneheyman.com
          Jan M Hulstedt    on behalf of Debtor Lascells Gray jhulstedt@robertjsemrad.com, rjscourtdocs@gmail.com
          Patrick J. Semrad    on behalf of Debtor Lascells Gray psemrad@robertjsemrad.com, rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert J Semrad    on behalf of Debtor Lascells Gray court_docs@robertjsemrad.com, msemrad@robertjsemrad.com

                                                                                            TOTAL: 7