**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRAY, LASCELLS L § Case No. 10-43121
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:  $3,272.00 |
| Total Distribution to Claimants: $18,902.19 | Claims Discharged Without Payment:  $14,110.44 |
| Total Expenses of Administration:  $5,111.91 | |

3) Total gross receipts of $    40,509.17   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    16,495.07   (see **Exhibit 2**), yielded net receipts of $24,014.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $445,673.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,111.91 | 5,111.91 | 5,111.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 33,564.44 | 18,902.19 | 18,902.19 | 18,902.19 |
| **TOTAL DISBURSEMENTS** | $479,237.44 | $24,014.10 | $24,014.10 | $24,014.10 |

4) This case was originally filed under Chapter 7 on September 27, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/18/2012          By:  /s/EUGENE CRANE
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank Account no. 2 | 1229-000 | 40,506.05 |
| Interest Income | 1270-000 | 3.12 |
| **TOTAL GROSS RECEIPTS** | | **$40,509.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GRAY, LASCELLS L | Dividend paid 100.00% on $16,495.07; Claim# SURPLUS; Filed: $16,495.07; Reference: | 8200-000 | 16,495.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,495.07** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American General Finan | 4110-000 | 4,813.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 340,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Silver Leaf Resorts | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Loan Admin & R | 4110-000 | 85,860.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$445,673.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 3,151.41 | 3,151.41 | 3,151.41 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,552.00 | 1,552.00 | 1,552.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 2.27 | 2.27 | 2.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.81 | 63.81 | 63.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 94.20 | 94.20 | 94.20 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.77 | -2.77 | -2.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.91 | 82.91 | 82.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.99 | 79.99 | 79.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.09 | 88.09 | 88.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,111.91 | 5,111.91 | 5,111.91 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 6,261.00 | 6,181.73 | 6,181.73 | 6,181.73 |
| 1I | Chase Bank USA, N.A. | 7990-000 | N/A | 23.24 | 23.24 | 23.24 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,854.00 | 1,854.78 | 1,854.78 | 1,854.78 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 6.97 | 6.97 | 6.97 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 9,699.00 | 9,204.56 | 9,204.56 | 9,204.56 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 34.61 | 34.61 | 34.61 |
| 4 | FIA Card Services, NA/BofA, byAmerican Infosource its | 7100-000 | 1,640.00 | 1,590.32 | 1,590.32 | 1,590.32 |
| 4I | FIA Card Services, NA/BofA byAmerican Infosource, its | 7990-000 | N/A | 5.98 | 5.98 | 5.98 |
| NOTFILED | Citibank Usa | 7100-000 | 7,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 243.00 | N/A | N/A | 0.00 |
| NOTFILED | Just Energy | 7100-000 | 832.44 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 4,379.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 771.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 33,564.44 | 18,902.19 | 18,902.19 | 18,902.19 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43121  
**Case Name:** GRAY, LASCELLS L  

**Period Ending:** 06/18/12

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/27/10 (f)  
**§341(a) Meeting Date:** 12/06/10  
**Claims Bar Date:** 07/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1142 Fowler Avenue, Evanston, IL 60202, Debtor w<br>Orig. Asset Memo: Orig. Description: 1142 Fowler Avenue, Evanston, IL 60202, Debtor will surrender in full satisfaction of all, secured claims.; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 165,000.00 | 0.00 | | 0.00 | FA |
| 2  Silver Leaf Timeshare, Debtor will surrender in<br>Orig. Asset Memo: Orig. Description: Silver Leaf Timeshare, Debtor will surrender in full satisfaction of its, secured claims.; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3  Chase Bank Checking Account<br>Orig. Asset Memo: Orig. Description: Chase Bank Checking Account; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 10.00 | 0.00 | | 0.00 | FA |
| 4  Misc Household Goods and Furniture<br>Orig. Asset Memo: Orig. Description: Misc Household Goods and Furniture; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 400.00 | 0.00 | | 0.00 | FA |
| 5  Used Clothing<br>Orig. Asset Memo: Orig. Description: Used Clothing; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Company Stock in W.W. Grainger Inc.<br>Orig. Asset Memo: Orig. Description: Company Stock in W.W. Grainger Inc.; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 2,500.00 | 0.00 | | 0.00 | FA |
| 7  2002 Ford Focus<br>Orig. Asset Memo: Orig. Description: 2002 Ford Focus; Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 3,075.00 | 0.00 | | 0.00 | FA |
| 8  Chase Bank Account no. 2  (u)<br>Orig. Asset Memo: Contains proceeds from sale of Jamaica real estate; | Unknown | Unknown | | 40,506.05 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43121  
**Case Name:** GRAY, LASCELLS L  

**Period Ending:** 06/18/12

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/27/10 (f)  
**§341(a) Meeting Date:** 12/06/10  
**Claims Bar Date:** 07/14/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 9 | 1956 Mistique Way, Waterford, Jamaica<br>Orig. Asset Memo: Orig. Description: 1956 Mistique Way, Waterford, Jamaica; Imported from Amended Doc#: 17 | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 10 | Interest in Vanguard profit sharing plan<br>Orig. Asset Memo: Orig. Description: Interest in Vanguard profit sharing plan; Imported from Amended Doc#: 17 | 4,900.00 | 4,900.00 | | 0.00 | 4,900.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 3.12 | FA |
| 11 | **Assets**     **Totals** (Excluding unknown values) | **$231,185.00** | **$54,900.00** | | **$40,509.17** | **$54,900.00** |

**Major Activities Affecting Case Closing:**

    04/07: Ltr sent to Chase Bank reqt'd turnover of 40K (proceeds from sale of JM property) (dk)  
    12/31/11:  TFR filed Dec. 2011.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012     **Current Projected Date Of Final Report (TFR):**     December 6, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-43121
**Case Name:** GRAY, LASCELLS L

**Taxpayer ID #:** **-***4165
**Period Ending:** 06/18/12

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 | {8} | JPMorgan Chase Bank | Liquidation of Debtor's Chase Bank account - all from proceeds of sale of RE in Jamaica | 1229-000 | 40,506.05 | | 40,506.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 40,506.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,506.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,506.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,507.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.81 | 40,443.34 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,443.68 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.20 | 40,349.48 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.77 | 40,352.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,352.58 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.91 | 40,269.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,270.01 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.99 | 40,190.02 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,190.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.09 | 40,102.26 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,102.60 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,102.94 |
| 04/04/12 | 1001 | EUGENE CRANE | Dividend paid 100.00% on $3,151.41, Trustee Compensation; Reference: | 2100-000 | | 3,151.41 | 36,951.53 |
| 04/04/12 | 1002 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,552.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,552.00 | 35,399.53 |
| 04/04/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2.27 | 35,397.26 |
| 04/04/12 | 1004 | Chase Bank USA, N.A. | Dividend paid 100.00% on $6,181.73; Claim# 1; Filed: $6,181.73; Reference: | 7100-000 | | 6,181.73 | 29,215.53 |
| 04/04/12 | 1005 | Chase Bank USA, N.A. | Dividend paid 100.00% on $1,854.78; Claim# 2; Filed: $1,854.78; Reference: | 7100-000 | | 1,854.78 | 27,360.75 |
| 04/04/12 | 1006 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $9,204.56; Claim# 3; Filed: $9,204.56; Reference: | 7100-000 | | 9,204.56 | 18,156.19 |
| 04/04/12 | 1007 | FIA Card Services, NA/BofA, byAmerican Infosource its agent | Dividend paid 100.00% on $1,590.32; Claim# 4; Filed: $1,590.32; Reference: | 7100-000 | | 1,590.32 | 16,565.87 |
| 04/04/12 | 1008 | Chase Bank USA, N.A. | Dividend paid 100.00% on $23.24; Claim# 1I; Filed: $23.24; Reference: | 7990-000 | | 23.24 | 16,542.63 |
| 04/04/12 | 1009 | Chase Bank USA, N.A. | Dividend paid 100.00% on $6.97; Claim# 2I; Filed: $6.97; Reference: | 7990-000 | | 6.97 | 16,535.66 |
| 04/04/12 | 1010 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $34.61; Claim# 3I; Filed: $34.61; Reference: | 7990-000 | | 34.61 | 16,501.05 |

Subtotals :    $40,509.17    $24,008.12

{} Asset reference(s)

Printed: 06/18/2012 03:42 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-43121 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | GRAY, LASCELLS L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******18-65 - Checking Account |
| Taxpayer ID #: | **-***4165 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/18/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/12 | 1011 | FIA Card Services, NA/BofA byAmerican Infosource, its agent | Dividend paid 100.00% on $5.98; Claim# 4I; Filed: $5.98; Reference: | 7990-000 | | 5.98 | 16,495.07 |
| 04/04/12 | 1012 | GRAY, LASCELLS L | Dividend paid 100.00% on $16,495.07; Claim# SURPLUS; Filed: $16,495.07; Reference: | 8200-000 | | 16,495.07 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 40,509.17 | 40,509.17 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 40,509.17 | 40,509.17 | |
| Less: Payments to Debtors | | 16,495.07 | |
| NET Receipts / Disbursements | $40,509.17 | $24,014.10 | |

Net Receipts :      40,509.17

Net Estate :      $40,509.17

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******18-65 | 40,509.17 | 24,014.10 | 0.00 |
| | $40,509.17 | $24,014.10 | $0.00 |

{} Asset reference(s)                                    Printed: 06/18/2012 03:42 PM    V.12.57